**942  MILLER vs. CIRCUIT JUDGE (Wayne), No. 13098.**

To compel the incorporation of certain matter in a bill of exceptions, in a suit wherein relator is plaintiff and one Hanley is defendant.

Order to show cause issued October 4, 1892. Peremptory writ granted in default of answer December 24, 1892, with costs against defendant Hanley.